# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JENNIFER L. HOLLINGSWORTH,

    Plaintiff,

v.                               Case No: 2:18-cv-573-FtM-32MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case is before the Court on plaintiff's appeal of an administrative decision denying her application for disability, disability insurance benefits, and Supplemental Security Income under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 37) recommending that the Commissioner's decision be affirmed. Plaintiff filed objections to the Report and Recommendation (Doc. 38) to which the Commissioner responded (Doc. 39).

Upon independent and de novo review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 37), it is hereby

**ORDERED**:

1. Plaintiff's objections to the Report and Recommendation (Doc. 38) are **OVERRULED**, and the Report and Recommendation (Doc. 37) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C. §§ 405(g), the decision of the Commissioner is **AFFIRMED**.

3. The Clerk is hereby directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 2nd day of March, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

Copies:

Honorable Mac R. McCoy
United States Magistrate Judge

Counsel of Record